MARGARET BEDERSKI, RESPONDENT, v. POLICEMEN'S AND FIREMEN'S PENSION BOARD OF THE CITY OF NEWARK, APPELLANT.

Submitted May 27, 1927—Decided October 17, 1927.

For the respondent, *John W. McGeehan*.

For the appellant, *Jerome T. Congleton*.

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Katzenbach in the Supreme Court.

*For affirmance*—The Chief Justice, Parker, Minturn, Kalisch, Black, Campbell, Lloyd, White, Van Buskirk, McGlennon, Kays, Hetfield, Dear, JJ. 13.

*For reversal*—None.